[No. 23134-4-II. Division Two. August 11, 2000.]

DONNA WILSON, *Appellant*, v. COWLES PUBLISHING COMPANY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 95-2-03887-0, John M. Lyden, J., entered February 12, 1998. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Morgan and Hunt, JJ.

[No. 20524-6-II. Division Two. August 11, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDY COY HENDERSON, *Appellant*.
*In the Matter of the Personal Restraint of* RANDY COY HENDERSON, *Petitioner*.

Appeal from a judgement of the Superior Court for Cowlitz County, No. 95-1-00608-3, Milton R. Cox, J., entered March 26, 1996, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Wang, J., concurred in by Hunt, A.C.J., and Morgan, J.

[No. 24618-0-II. Division Two. August 11, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN ANDRES BUSTOS GUTIERREZ, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 99-1-00377-2, Barbara D. Johnson, J., entered April 15, 1999. *Affirmed* by unpublished opinion per Wang, J., concurred in by Houghton and Bridgewater, JJ.

[No. 24666-0-II. Division Two. August 11, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL D. RECK, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 98-1-00216-4, Joel M. Penoyar, J., entered May 7, 1999. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, C.J., and Morgan, J.